**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ALEKSANDRE GRDZELIDZE,

|  |  |
|---|---|
| Petitioner, | 26 **CIVIL** 692 (JLR) |

-against-

**JUDGMENT**

FRANCIS LADEON, Field Office Director New
York City Field Office, U.S. Immigration and
Customs Enforcement; TODD M. LYONS, Acting
Director, U.S. Immigration and Customs
Enforcement; and KRISTI NOEM, Secretary, U.S.
Department of Homeland Security,

Respondents.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated February 2, 2026, the petition for a

writ of habeas corpus is GRANTED; accordingly, the case is closed.

**DATED:** New York, New York
February 4, 2026

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

BY:           K. mango
_____
**Deputy Clerk**